UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JONATHAN G. DUNGAN,

               Plaintiff,

     -against-

PATRICK R. DONAHUE,

               Defendant.
-------------------------------------------------------x

ORDER
12 CV 5139 (ILG) (RLM)

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Mann, dated June 3, 2014, recommended that the Court dismiss this action with prejudice, pursuant to Federal Rules of Civil Procedure 37(b)(2)(A) and 41(b). Any objections were to be made on or before June 20, 2014 and failure to do so may waive the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts is, after due consideration, hereby adopted in its entirety and this case is dismissed with prejudice.

SO ORDERED.

Dated:     Brooklyn, New York
              June 30, 2014

                                             s/I. Leo Glasser
                                       I. Leo Glasser

Filed by ECF and copy mailed to:
Jonathan Dungan
38 Kissam Avenue
Staten Island, NY 10306